UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:12CV-529-S

ALLISON MICHELLE ERNST                                                    PLAINTIFF

v.

JAMES EAGAN HOLMES                                                        DEFENDANT

## MEMORANDUM OPINION

Plaintiff Allison Michelle Ernst filed the instant *pro se* civil action on August 27, 2012.

She failed, however, either to pay the $350.00 filing fee or file an application to proceed without

the prepayment of the filing fees.  Therefore, on September 10, 2012, the Court entered an Order

directing Plaintiff to pay the $350.00 filing fee or file an application to proceed without

prepayment of fees within 30 days.  On September 17, 2012, that mailing was returned by the

United States Postal Service marked "Return to Sender, No Such Number, Unable to Forward."

Plaintiff has not advised the Court of a different address.

Upon filing the instant action, Plaintiff assumed the responsibility of keeping this Court

advised of her current mailing address.  *See* LR 5.2(d) ("All pro se litigants must provide written

notice of a change of address to the Clerk and to the opposing party or the opposing party's

counsel.  Failure to notify the Clerk of an address change may result in the dismissal of the

litigant's case or other appropriate sanctions.").  Because Plaintiff has not advised the Court of a

correct address, neither notices from this Court nor filings by Defendant can be served on

Plaintiff.  In such situations, courts have an inherent power "acting on their own initiative, to

clear their calendars of cases that have remained dormant because of the inaction or dilatoriness

of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962).

Because it appears to this Court that Plaintiff has abandoned any interest in prosecution

of this case, the Court will dismiss the case by separate Order.

Date:   October 2, 2012

**Charles R. Simpson III, Judge**
**United States District Court**

cc:      Plaintiff, *pro se*
4411.010

2